FILED
FEB - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ivan Von Staich

    Plaintiff,

vs.

Ben Curry, Warden, et al.,

    Defendant.

CV 08 0848 PJH (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, ___Ivan Von Staich___, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _x_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___None.___  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  None. _____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.  Business, Profession or                        Yes ___ No _X_
10       self employment
11   b.  Income from stocks, bonds,                     Yes ___ No _X_
12       or royalties?
13   c.  Rent payments?                                 Yes ___ No _X_
14   d.  Pensions, annuities, or                        Yes ___ No _X_
15       life insurance payments?
16   e.  Federal or State welfare payments,             Yes ___ No _X_
17       Social Security or other govern-
18       ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____ None.
22 _____

23 3.    Are you married?                                Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____   Net $_____
28 4.    a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 2 -

|     |     |
| --- | --- |
| 1 | b. List the persons other than your spouse who are dependent upon you for |
| 2 | support and indicate how much you contribute toward their support. (NOTE: |
| 3 | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 | THEIR NAMES.). |
| 5 | None. |
| 6 | |
| 7 | 5. Do you own or are you buying a home?  Yes ___ No _x_ |
| 8 | Estimated Market Value: $_____ Amount of Mortgage: $_____ |
| 9 | 6. Do you own an automobile?  Yes ___ No _x_ |
| 10 | Make _____ Year _____ Model _____ |
| 11 | Is it financed? Yes _____ No _____ If so, Total due: $_____ |
| 12 | Monthly Payment: $_____ |
| 13 | 7. Do you have a bank account? Yes ___ No _x_ (Do not include account numbers.) |
| 14 | Name(s) and address(es) of bank: ___None._____ |
| 15 | |
| 16 | Present balance(s): $ ___None._____ |
| 17 | Do you own any cash? Yes ___ No _x_ Amount: $ ___None._____ |
| 18 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 19 | market value.)  Yes ___ No _x_ |
| 20 | |
| 21 | 8. What are your monthly expenses? Incarcerated for life no bills. |
| 22 | Rent: $ ___None._____ Utilities: _____ |
| 23 | Food: $ _____ Clothing: _____ |
| 24 | Charge Accounts: None. |
| 25 | Name of Account         Monthly Payment          Total Owed on This Acct. |
| 26 | _____ $_____ $_____ |
| 27 | _____ $_____ $_____ |
| 28 | _____ $_____ $_____ 9. Do |

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 3 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____None._____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___ No x
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  IVAN VON STAICH v. LINDA L. RIANDA, Chief, Inmate Appeals Branch, et al.,
10 (N.D.Cal. Case No. C 04-2799 PJH (PR))
11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court. (Habeas Corpus).
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 1-30-08                                    Ivan Von Staich
17      DATE                              SIGNATURE OF APPLICANT

Ivan Von Staich
Prison # E-10079 CW-137L
Post Office Box 689
Soledad, Ca. 93960

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  STAICH E 10079  for the last six months at  CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE                [prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___Ø___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___Ø___.

Dated: 2-2-08                              Brenda Nation, Acct Technician
                                          [Authorized officer of the institution]

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-2-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
TRUST OFFICE
Acct Technician

```
REPORT ID: TS3030   .701                                REPORT DATE: 02/02/08
                                                        PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CTF SOLEDAD/TRUST ACCOUNTING
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: SEP. 03, 2007 THRU FEB. 02, 2008

ACCOUNT NUMBER : E10079                 BED/CELL NUMBER: CFCWT1000000137L
ACCOUNT NAME   : STAICH, IVAN           ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
   DATE       HOLD
  PLACED      CODE         DESCRIPTION          COMMENT      HOLD AMOUNT
  ----------  ----   ------------------------   ----------   -----------
  04/16/2007  H107   POSTAGE HOLD               3099 POST           1.59
  01/12/2008  H109   LEGAL POSTAGE HOLD         2180 LPOST          4.60
  01/19/2008  H107   POSTAGE HOLD               2281 POST           5.30
  01/30/2008  H109   LEGAL POSTAGE HOLD         2402 LPOST          1.31
  01/30/2008  H118   LEGAL COPIES HOLD          2412 LCOPY         14.00
  01/30/2008  H118   LEGAL COPIES HOLD          2412 LCOPY          8.60

                          TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS      TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
   ----------   ----------   -----------   ---------    ---------   ------------
      0.00         0.00         0.00          0.00        35.40         0.00

                                                        CURRENT
                                                        AVAILABLE
                                                        BALANCE
                                                        ---------
                                                         35.40-
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN:  TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-2-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  Brenda Nation
TRUST OFFICE
Acct Technician