Dear Clerk,

CV-08-848 pjh

RECEIVED
08 JUN 20 PM 1:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I was transferred to a new prison and my new address is:

Ivan Von Staich
E-10079 AQ-2101
Calif. Men's Colony
P.O. Box 8101
San Luis Obispo, Ca. 93409-8101

FILED
JUN 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Also, Please send me a copy of my civil Docket sheet for all cases now pending before the Hon. Judge Phyllis J. Hamilton. During the transfer process the prison officials lost all my legal property and I do not know which cases are still pending.

Sincerely
Ivan Von Staich

FSP41-0077-1

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Ivan Von Staich

CDCR #: E-10079  Cell # AQ-2101

**STATE PRISON
GENERATED MAIL**

Legal Mail
Confidential

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

02 1M
000424747B
MAILED FROM ZIP CODE 93401
$ 00.42⁰
JUN 18 2008
PITNEY BOWES

N.D. Cal. Fed. Dist. Court
450 Golden Gate Ave.,
San Francisco, Ca. 94102-3483

9410283661 0004